UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-05725-AS | Date | October 26, 2023 |
|---|---|---|---|
| Title | *LaCharrie D. Langram v. Jennifer Core, Warden* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**       **Order To Show Cause**

    On July 21, 2023, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241. (Dkt. No. 5). On September 21, 2023, Respondent Jennifer Core filed a Motion to Dismiss the First Amended Petition for Writ of Habeas Corpus ("motion to dismiss"), contending that the petition should be dismissed because the claims alleged are impermissibly vague, confusing, not cognizable, and barred by Petitioner's no contest plea, and the petition is untimely and unexhausted. (Dkt. No. 11). On September 21, 2023, the Court issued an Order directing Petitioner to file an Opposition to the Motion to Dismiss or a statement of no opposition to the motion to dismiss no later than October 23, 2023. (Dkt. No. 15).

    To date, Petitioner has failed to file an Opposition to the Motion to Dismiss or request an extension of time to do so.

    Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **twenty-one (21) days** of the date of this Order (by no later than **November 16, 2023**), why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner may discharge this Order by filing an Opposition to the Motion to Dismiss, or by filing a declaration under penalty of perjury stating why she is unable to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-05725-AS | Date | October 26, 2023 |
|---|---|---|---|
| Title | *LaCharrie D. Langram v. Jennifer Core, Warden* | | |

If Petitioner no longer wishes to pursue this action, she may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).  **A Notice of Dismissal form is attached for Petitioner's convenience.**

Petitioner is warned that the failure to timely file a response to this Order **may** result in a recommendation that this action be dismissed with prejudice for her failure to prosecute and/or obey court orders.  See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | |