# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LaCHARRIE D. LANGRAM,<br><br>        Petitioner,<br><br>  v.<br><br>JENNIFER CORE, Warden,<br><br>        Respondent. | Case No. CV 23-5725-AS<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

**IT IS ADJUDGED** that the First Amended Petition is denied and dismissed with prejudice.

DATED: December 28, 2023

                                                                               /s/<br>
                                                                  ALKA SAGAR<br>
                                    UNITED STATES MAGISTRATE JUDGE